

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/14/2015 12:10:54 PM

CATHY S. LUSK
Clerk

February 10, 2015


Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *


**RE:**     Case Number:              12-14-00247-CR
            Trial Court Case Number:   2013-0522


**Style:**  Nita Ranae McElrath
            v.
            The State of Texas


Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause.  When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.


Very truly yours,

CATHY S. LUSK, CLERK


By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk


C  Mr. Albert J. Charanza Jr. (DELIVERED VIA E-MAIL)
C  Ms. Sandra Martin (DELIVERED VIA E-MAIL)
:

Mandate executed on 11TH day of FEBRUARY, 2015.

Brief explanation of action taken: MANDATE FILED AND ENTERED

ROBIN J. CRAIN  DEPUTY District Clerk